**Appellate Department, Superior Court, San Bernardino**

[Crim A. No. 16.   Nov. 30, 1953.]

THE PEOPLE, Respondent, v. WILLIAM CAMPBELL DALZELL, Appellant.

. William Campbell Dalzell in pro. per., for Appellant.

Lowell E. Lathrop, District Attorney (San Bernardino), for Respondent.

THE COURT.—The complaint in this matter charges the defendant with ''violation of Sec. 577, Vehicle Code.'' It is further alleged that the defendant drove ''upon a public highway in the City of Upland, to-wit: 19th Street and Euclid Avenue, West Drive, a vehicle . . . said Highway was then and there sign posted with a sign located at and near the entrance to said highway, having the word 'STOP' printed thereon in the manner prescribed by law, and that said defendant did wilfully and unlawfully fail and neglect to stop such vehicle at said sign before entering and crossing said highway and intersection.''

The following statement appears in the docket maintained by the judge of the trial court:

''Defendant admits under oath, the fact that he did not stop at the West Drive of Euclid Avenue and Nineteenth Street and contends that the sign is not placed according to law, if placed pursuant to a City Ordinance and that Euclid Avenue is but one highway.''

The court found the defendant ''guilty as charged.''

Section 577 of the Vehicle Code provides:

''The driver of any vehicle upon approaching any entrance of a highway or intersection . . . signposted with a stop sign . . . shall stop:

''(a) Before entering the cross walk on the near side of the intersection or, if none, then at a limit line when marked, otherwise before entering such highway or intersection.''

From the statement contained in the docket it is apparent that the only stop which the defendant failed to make was that required by a stop sign directing traffic going easterly along 19th Street at its intersection with the west roadway of Euclid Avenue.

Euclid Avenue consists of two roadways but is only one highway. ██ The boundaries of an intersecting highway constitute the boundary of the intersection contemplated by the Vehicle Code. (*Blanton* v. *Curry*, 20 Cal.2d 793 [129 P.2d 1].)

██ Under the law, as applied to the facts in this case, when the defendant, traveling west on 19th Street, arrived at the west roadway of Euclid Avenue he already was within

the intersection and his failure to stop at some point within the intersection cannot be held to constitute a violation of Vehicle Code, section 577, which contemplates a failure to stop before entering the intersection.

Under the circumstances, there is no reason to determine whether or not the stop sign which was placed within the intersection but immediately east of the west roadway of Euclid Avenue was validly placed and required motorists intending to cross the west roadway to stop before doing so.

Assuming that the stop sign under consideration was validly placed and that the defendant's failure to stop before entering the west roadway of Euclid Avenue constituted a violation of Ordinance 354 of the city of Upland, the fact remains that the defendant was not charged with violating said ordinance and, under the complaint filed against him, could not be found guilty of such a violation.

The judgment is reversed.

# INDEX

[References are to pages where headnotes appear. Figures in brackets refer to headnote numbers.]

ACCOUNTS

Action for Accounting—Judgment, 247 [5]
Trial—Findings, 247 [4]

ACTIONS

Cause of Action, 479 [5]
Classification—Determination of Nature, 729 [2]

ADVERSE POSSESSION

Burden of Proof, 481 [16], [17]
Elements, 480 [8]
Evidence—Boundaries, 267 [3]
Payment of Taxes, 267 [2]
Hostility—Relationship of Parties—
Cotenants, 479 [6], 480 [9], [12], [13], [14], [15]

ANIMALS

Dogs—Liability for Injuries by Dogs, 379 [3]
Pleading, 379 [2]
Evidence, 379 [1]
Police Regulations, 379 [5], [6]

APPEAL

Briefs—Pointing Out Errors, 162 [6], 711 [4]
Stating Points Separately, 661 [4]
Decisions Appealable, 76 [7], [8], 684 [1]
Change of Venue, 682 [1]
Orders Relating to Judgment, 833 [1]
Discretion of Lower Court, 281 [8]
Dismissal—Determination of Merits, 738 [3]
Evidence, 276 [1]
Harmless and Reversible Error—Argument of Counsel—
Cure by Instruction to Jury, 692 [6]
Findings, 328 [26]
Instructions, 387 [2]
Misconduct of Counsel, 145 [2]
Redirect Examination, 3 [11]
Rulings as to Witnesses, 692 [8], [9]
Imposition of Damages for Frivolous Appeals, 766 [7]
Making Additional Findings, 777 [3]
Notice of Appeal—Description of Judgment, 737 [1], [2]

( 877 )

APPEAL—Continued

Objections, 167 [3]
    Adherence to Issues Presented, 33 [3]
    Application of Rule, 870 [3]
    Conduct of Judge, 802 [20]
    Evidence, 800 [7]
    Pleading, 870 [2]
    Presenting New Claim for Relief, 33 [2]
    Theory of Case, 153 [6], 168 [5], 185 [3]
    Verdict, 367 [3]
Presumptions—Orders, 276 [1]
    Orders on Motion for New Trial, 392 [4]
    Sufficiency of Evidence, 247 [2]
Questions of Law and Fact—Authority of Court, 711 [7]
    Consideration of Evidence, 745 [2]
    Evidence Inherently Improbable, 98 [2], [3]
    Orders on Motion for New Trial, 802 [23]
    Substantial Evidence Rule, 237 [1], 280 [3], 711 [6], 745 [1]
    Sufficiency of Evidence, 95 [2]
Record—Findings—Omission to Find on Issue, 247 [3]
    Judgment Roll—Matters Reviewable, 247 [1]
    Opinion of Trial Judge, 281 [6]
    Reporter's Transcript—Partial Transcript, 168 [4]
Right to Allege Error—Estoppel, 185 [2], 801 [9]
    Invited Error, 145 [2]
        Instructions, 801 [16]
    Waiver, 800 [8]
Scope of Review—Findings, 374 [3]
    Incompetent Evidence, 353 [5]
Taking Additional Evidence, 162 [7]
Time to Appeal—Effect of Premature Notice of Appeal, 765 [5]
    Necessity for Rendition of Judgment, 765 [3], [4]

ARBITRATION

Appeal—Review, 492 [7]
Award—Construction, 491 [6]
    Costs, 492 [9]
    Modification or Vacation, 491 [1], [3]
    Presumptions, 491 [5]
    Requisites—Certainty, 491 [2]
        Finality—Determining All Matters, 492 [8]
Proceedings—Consultation with Outsiders, 491 [4]

ARREST

By Private Person, 211 [1], [2]

ATTORNEYS

Relation to Client—Assumption of Adverse Position, 617 [5]
    Substitution of Attorneys, 59 [2], [3], [4]

## AUTOMOBILES

Appeal—Inherent Improbability of Evidence, 98 [1]
Driving Near Right-hand Side, 505 [1], [2], [3], 506 [4], [5]
Evidence—Collisions, 352 [1]
    Last Clear Chance, 353 [4]
    Negligence of Drivers, 280 [1]
    Stopping Vehicle—Location of Plaintiff, 280 [2]
Indemnity Insurance—Evidence, 206 [1]
    Use of Other Automobiles—Medical Payments, 856 [5]
Instructions—Conduct of Person Injured, 506 [7]
Intersections, 874 [1]
Last Clear Chance, 353 [6], [7]
Offenses
    Driving While Intoxicated—Appeal—Harmless Error, 55 [2]
        Evidence—Admissions, 55 [1]
    Intoxicated Driving Resulting in Injury, 717 [1]
Presumptions, 506 [6]
Province of Court and Jury—Contributory Negligence, 145 [1]
Stopping Before Entering Highway, 874 [2]

## BOUNDARIES

Establishment—By Acquiescence—Effect of Mistake, 267 [1]
    Evidence, 267 [4]

## BROKERS

Compensation—As Dependent on Consummation of Transaction,
    851 [1]
    Pleading, 136 [6]
    Refusal of Owner to Consummate Sale, 136 [4]
    Right of Action and Defenses, 136 [5]
Duties, 85 [6]
Licenses—Persons Required to be Licensed, 84 [1]
    Revocation, 85 [7]
        Hearing, 85 [4]
        Judicial Review, 84 [2], 85 [3], [5]

## BURGLARY

Evidence, 595 [1]
    Accomplices and Corroboration, 595 [2]
    Identity, 466 [3]
    Possession of Deadly Weapon, 596 [3]
Province of Court and Jury—Identity, 466 [2]

## CANCELLATION

Mistake, 666 [5]

## CIVIL SERVICE

Discharge and Dismissal—Judicial Review, 813 [2]

CONSPIRACY

Civil—Instructions, 522 [6]
    Liability of Parties—Exoneration, 521 [1]
Criminal—Elements, 17 [2], [3]
    Evidence, 17 [1], [4], [5], [6]

CONSTITUTIONAL LAW

Classification—Legislative Discretion, 308 [1], 309 [8]
Constitutionality of Statutes—Presumptions as to Constitutionality,
        308 [7]
General and Special Laws, 308 [4]
    Limitations, 308 [6]
Raising Constitutional Questions—Waiver, 534 [4]

CONTRACTS

Actions—Contract for Benefit of Third Person, 242 [3]
    Findings, 272 [2]
Agreement to Make Future Contract, 72 [2]
Certainty, 303 [3]
Extinguishment, 758 [1]
Incomplete Instruments, 303 [2]
Interpretation—Construction of Entire Contract, 855 [3]
    Meaning of Words, 242 [5], 855 [2]
    Purpose, 604 [12]
    Reasonableness, 604 [13]
    Written and Printed Matter, 72 [5]
Modification, 758 [2]
Performance—Excuses for Nonperformance, 851 [2]
    Act of God, 474 [3]
Quasi Contracts or Contracts Implied in Law, 328 [21], [22]

CONTRIBUTION

Persons Entitled, 328 [24]

CORPORATIONS

Creation, 218 [1]
Dissolution, 218 [2]
    Effect, 218 [3]
    Winding Up Affairs, 218 [1]
        Powers and Duties of Trustee, 218 [4]
Foreign Corporations—Doing Business in State, 790 [1], [2], [3]
Seal—Effect of Failure to Use Seal, 327 [14], [16]
    Presumption from Use of Seal, 327 [15]
Transfers of Stock
    Sales—Option, 102 [1], [2], [3], 103 [4]
        Specific Performance of Option Agreement, 103 [6]

COSTS

Right to Costs—Rule in Case of Partial Success, 730 [6]

COTENANCY

  Action to Determine Adverse Claims—Notice of Hostile Intent,
        480 [10], [11]
  Joint Tenancy, 185 [6]
     Actions, 185 [1]
     Dissolution, 185 [5]
  Leases, 675 [3]
  Relations Between Cotenants, 675 [2]

COUNTIES

  Employees—Civil Service—Services Excepted, 407 [1]
     Retirement and Death Benefits, 176 [1]

COURTS

  Inherent Powers, 766 [6]
  Jurisdiction—Necessity, 497 [6]
  Opinions, 95 [3]
  Sessions—Places, 288 [12]

CRIMINAL LAW

  Appeal
     Harmless and Reversible Error—Instructions—Refusal to Instruct,
           566 [12]
        Misconduct of Prosecuting Attorney, 347 [1], 840 [11], [12]
     Objections—Indictment or Information, 533 [3], 567 [19]
        Verdict, 567 [20]
        Witnesses, 839 [9]
     Presumptions, 651 [1]
     Questions of Law and Fact, 322 [6], 323 [7], [8], 466 [4],
           651 [5], 686 [3]
        Reasonable Doubt, 322 [2]
        Testimony Inherently Improbable, 322 [3], [4]
        Where Evidence is Circumstantial, 794 [3]
     Review—Scope, 298 [4]
  Arraignment, 298 [1]
  Defenses—Entrapment, 173 [4], [5]
  Evidence—Accomplices and Corroboration, 511 [1], [2]
     Alibi, 596 [4]
     Identity, 466 [1], [3]
     Presumptions, 18 [12], [13]
     Weight and Sufficiency, 652 [6]
  Former Jeopardy, 755 [6], [7]
     Different Offenses in Same Transaction, 750 [2], [4]
     When Jeopardy Attaches, 140 [2], [3]
  Instructions, 19 [19]
     Degree of Proof—Reasonable Doubt, 566 [14]
     Failure of Defendant to Testify, 566 [13]
     Necessity for Request, 566 [10]
     Refusal of Request Covered by Other Instructions, 565 [9]
  Plea, 298 [2], [3]

CRIMINAL LAW—Continued
    Province of Court and Jury—Cautionary Instructions, 819 [5]
        Comment on Evidence, 288 [10]
        Invasion of Province of Jury, 288 [9]
    Rights of Accused—Aid of Counsel—Waiver, 651 [3], [4]
        Right to Be Confronted by Witnesses—Waiver, 301 [1]
    Statutes of Limitation, 750 [5]
    Trial—Remedies for Delay—Time for Objection or Motion, 534 [6]
        Speedy Trial, 534 [5]
        Striking Evidence, 120 [3]
    Verdict—Where There is Joinder of Counts, 323 [9]
    Writ of Error Coram Nobis, 531 [1], [2]
        Applicant's Attendance, 548 [1], 652 [9]
        Diligence, 652 [8]
            Showing of Diligence, 549 [6], [8]
        Grounds, 652 [7], 754 [1], [2]
        Nature of Proceeding, 548 [2], [3]
        Proceedings, 548 [4], 549 [7]
        Purpose of Proceeding, 549 [5]
        Sufficiency of Petition, 754 [3], 755 [4], [5]
DAMAGES
    Evidence, 745 [4]
    Excessive Damages, 371 [1]
        Personal Injuries, 692 [10], 693 [11], [12]
    Interest, 618 [13]
    Liquidated Damages—Real Estate Transactions, 326 [6]
DECEDENTS' ESTATES
    Accounting—Appeal—Who May Appeal, 765 [1]
        Who May Contest, 765 [2]
    Actions—Venue, 720 [1], [2], [3]
    Administrators—Powers—Compromise and Settlement, 402 [1], [2]
    Claims—Actions—Evidence, 116 [1]
        Presentation, 153 [8]
    Jurisdiction—Exclusiveness, 682 [2]
    Sales—Personal Property—Confirmation—Acceptance of Higher Bid,
        181 [1]
DEEDS
    Evidence—Undue Influence, 185 [4]
    Interpretation—Construction as a Whole, 479 [2]
        Construction by Parties, 479 [1]
DELINQUENT CHILDREN
    Correction—Jurisdiction of Juvenile Courts, 276 [3]
        Proceedings—Appeal, 276 [2]
            Evidence, 277 [7]
            Findings, 277 [4]
            Judgment, 277 [5]
            Nature, 140 [4], 277 [6]
    Purpose of Juvenile Court Law, 140 [1]

DISMISSAL

    Failure to Prosecute—Discretion of Court, 370 [1]

    Motion for Nonsuit—Inferences and Presumptions, 262 [6]

        When Granted, 262 [5], [7]

    Order of Judgment, 197 [2]

    Questions Relating to Parties, 497 [7]

DIVORCE

    Custody of Children—Appeal—Effect, 598 [1]

        Extraterritorial Effect of Judgment, 633 [2]

        Jurisdiction, 633 [1]

        Modification of Award—Changed Conditions, 602 [1], [2]

            Hearing, 603 [3], [4], [5], [6], [7], [8], [9]

            Review, 12 [1], [2], 707 [1]

    Counsel Fees and Costs, 604 [11], [15]

        Discretion of Court, 661 [5]

        Effect of Agreements Between Spouses, 604 [14]

    Disposition of Property—Appeal, 229 [1]

    Extreme Cruelty—Evidence, 95 [1]

    Permanent Alimony—Modification of Allowance, 603 [10]

    Questions of Law and Fact—Cruelty, 95 [4]

    Support of Children—Extraterritorial Effect of Decree, 633 [3]

        Modification of Allowance, 633 [4]

    Willful Desertion—Evidence, 661 [1]

ELECTION OF REMEDIES

    Effect of Election, 76 [5], [6]

EMBEZZLEMENT

    Appeal—Harmless and Reversible Error—Instructions, 19 [21], 515 [1]

    Elements—Appropriation of Property—Trust Relation, 515 [2]

    Evidence, 19 [18]

    Instructions, 19 [17]

EQUITY

    Decree, 537 [4]

    Laches—Determination—Discretion, 481 [19]

        Prejudice to Another, 481 [18]

    Multiplicity of Actions, 497 [5]

ESCROWS

    Delivery to Depositary, 327 [18]

ESTOPPEL

    Equitable Estoppel—Elements, 778 [4]

        Reliance on Conduct, 778 [5]

EVIDENCE
   Burden of Proof, 280 [4]
     Shifting of Burden, 280 [5]
   Extrinsic Evidence—Contracts for Sale of Realty, 72 [6]
   Hearsay—Pedigree, 3 [12]
   Judicial Notice—Geography, 308 [3], 661 [3]
   Opinion Evidence—Physical Condition, 800 [2]

EXCHANGE OF PROPERTY
   Appeal—Conclusiveness of Findings, 710 [2]

FALSE IMPRISONMENT
   Evidence, 211 [3]
   Imprisonment, 211 [4]

FRAUD
   Concealment, 665 [3]
     Duty to Disclose Facts, 665 [2]
   Constructive Fraud—Confidential Relations, 152 [2]
   Intent, 665 [3]

FRAUDS, STATUTE OF
   Estoppel to Assert Statute, 433 [18]
   Memorandum—Sufficiency for Sale of Land, 72 [3]

FRAUDULENT CONVEYANCES
   Evidence, 65 [10]

GRAND JURY
   Proceedings—Evidence, 564 [1]

GUARDIAN AND WARD
   Employment of Attorney—Fees, 242 [8]
   Judicial Appointment—Appointment of Parent as Against
     Nonparent, 646 [3]
     Proceedings—Findings, 646 [2]
     Selection of Guardian, 646 [1]

HOMICIDE
   Appeal—Harmless Error—Instructions, 566 [16]
   Defenses—Negligence in Medical Treatment, 566 [11]
   Indictment—Charging Manslaughter, 567 [18]
   Instructions—Causal Connection Between Act and Death, 565 [6]
     Manslaughter—Involuntary Manslaughter, 564 [3], 565 [5], [8]
   Manslaughter—Evidence, 564 [2]
     Involuntary Manslaughter, 565 [4], [7], 567 [17]

HOSPITALS
   Liability for Injuries—Evidence, 745 [3]

HUSBAND AND WIFE

Actions—Evidence, 318 [1], [2]
Property—Community or Separate, 130 [2], [3], 131 [4]
    Determination of Character—Evidence, 225 [1]
Property Settlement Agreements—Effect of Death, 303 [4]
    Interpretation, 176 [3], [4]
    Validity, 303 [1]
Transactions Inter Se—Fraud and Undue Influence, 152 [1], [3], [4]
    Gifts, 152 [5]

ILLEGITIMACY

Issues of Paternity—Appeal—Harmless Error, 3 [13]
    Burden of Proof, 1 [1]
    Evidence, 1 [2], [4], 2 [5]

IMPROVEMENTS-PRIVATE

Compensation for, 328 [23], [25]

INDICTMENT AND INFORMATION

Charging Offense—Negativing Exceptions, 861 [2]
Defects and Objections—Waiver, 651 [2]
    Waiver by Failure to Move to Set Aside, 533 [1], [2]
Joinder of Counts, 750 [3]
    Different Offenses of Same Class, 120 [2]

INJUNCTIONS

Appeal—Presumptions, 537 [3]
    Reviewing Exercise of Discretion of Lower Court, 34 [9]
Matters Controllable—Trespass, 194 [1]
Modification, 33 [5]
Preliminary Injunction—Discretion of Court, 34 [8]
    Effect of Order, 34 [7]
    Hearing, 33 [6]

INSURANCE

Assignment of Policy, 242 [4]
Beneficiaries, 242 [6]
    Change of Beneficiary, 242 [2]
    Persons Entitled to Proceeds—Trustees, 242 [7]
    Vested Interest of Beneficiary, 241 [1]
Contract
    Interpretation—Against Insurer, 856 [4]
        Intention of Parties, 855 [1]
Insurable Interest, 176 [2]

JOINT ADVENTURERS

Creation, 432 [1]
Sharing Losses, 433 [10]

JUDGES
    Disqualification—Bias and Prejudice, 396 [1]
    Special or Substitute Judges, 288 [14]
        Judges Pro Tempore, 288 [13]

JUDGMENTS
    Construction, 190 [2], 191 [5], [6]
    Res Judicata, 76 [12], [13]
        Action on Different Cause or Claim, 103 [5]
    Summary Judgments—Affidavits, 75 [2], [3]
        Authorization of Procedure, 833 [5], [6]
        Hearing and Determination, 76 [4], [9], [10], [11], 77 [14]
        Issues Precluding, 75 [1]
        When Allowable, 834 [7]

LABOR
    Boycotts, 45 [3]
    Evidence, 45 [1]
    Picketing, 45 [2]
    Unions, 45 [4]

LANDLORD AND TENANT
    Assignment, 675 [1]
    Notice to Quit—Notice for Nonpayment of Rent, 833 [3]
    Remedies of Tenant, 522 [5]
    Unlawful Detainer—Amount of Recovery, 833 [2]
        Nature of Proceeding, 833 [4]

LARCENY
    Evidence, 17 [7], 19 [18]
    Instructions, 19 [17]
    Verdict, 19 [20]

LEWDNESS
    Evidence, 287 [5]
    Instructions, 288 [11]
    Review of Evidence, 838 [1]

LIMITATION OF ACTIONS
    Period of Limitation—Actions Involving Real Property, 479 [4], 480 [7]
        Mistake, 479 [3]
        Obligations Not Founded on Written Instruments, 237 [2]
    Suspension of Statute, 642 [2]

MALICIOUS PROSECUTION
    Appeal, 64 [3]
    Burden of Proof, 64 [4]
    Damages, 65 [8]
    Definition, 522 [3]
    Evidence, 65 [9]
        Want of Probable Cause, 64 [1]

MALICIOUS PROSECUTION—Continued

Instructions—Probable Cause, 522 [7]
Nature of Original Proceeding, 522 [4]
Necessity for Arrest or Attachment, 64 [5]
Questions of Law and Fact—Probable Cause, 64 [2]
Want of Probable Cause, 65 [6], [7]

MANDAMUS

Petition—Requisites, 813 [1]

MASTER AND SERVANT

Compensation, 238 [3], [4]

MECHANICS' LIENS

Application of Payments, 415 [5]

MINES

Mining Partnership—Creation and Existence, 433 [8]
Partners' Rights and Liabilities, 432 [4]
Partnership Property, 432 [5]
Sale—Judgment, 432 [6]

MONEY RECEIVED

Defenses, 168 [6]
Money Obtained by Fraud, 167 [1]
Rescission, 167 [2]

MONOPOLIES

Cartwright Act—Combinations Prohibited, 45 [5], 46 [6], [7]

MUNICIPAL CORPORATIONS

Disincorporation, 637 [1]

NEGLIGENCE

Appeal—Harmless and Reversible Error—Instructions, 387 [3]
Assumption of Risk, 692 [5]
Burden of Proof, 362 [5]
Care Toward Invitees—Business Invitees, 362 [1], [2]
Knowledge of Danger, 261 [1]
Evidence—Cause of Injury, 825 [2]
Knowledge of Danger, 261 [3]
Inferences, 362 [4]
Instructions—Contributory Negligence, 387 [4], 388 [5]
Last Clear Chance, 352 [2], 353 [3]
Nonsuit, 362 [3]
Presumptions, 387 [1], [4]
Questions of Law and Fact, 261 [2], 262 [4], 387 [1]
Contributory Negligence, 691 [4]
Proximate Cause, 825 [3]
Res Ipsa Loquitur—Control of Instrumentality, 691 [3]
Violation of Statute, 379 [4]

NEW TRIAL

Affidavits—Filing—Time for, 2 [6]
Authority of Judge Not Hearing Evidence, 392 [1], [3]
Construction, 2 [7]
Cumulative Evidence, 281 [9]
Insufficiency of Evidence—Discretion—Review, 392 [5]
  Verdict Against Weight of Evidence, 392 [2]
Newly Discovered Evidence—Contradictory Evidence, 281 [9]
  Discretion of Trial Court, 281 [10]
  Impeaching Evidence, 2 [8], 3 [9]
  Probable Effect of Evidence, 281 [11]
Notice of Intention to Move—Service on Adverse Party, 748 [1], 749 [2]
Trial—Verdict—Impeachment, 2 [7]

NOTICE

Facts Constituting Knowledge or Compelling Inquiry, 665 [4]

PARENT AND CHILD

Support of Child, 633 [5]

PARTIES

Bringing in New Parties—Code Provision as Mandatory, 497 [3]
  Discretion of Court, 497 [4]
  Effect of Prior Dismissal of Complaint as to Party, 777 [1]
Necessary Parties, 497 [2]

PARTITION

Property Subject, 432 [3]
Sale—Order of Sale, 190 [1], 191 [3], [4]

PARTNERSHIP

Definition, 433 [9]
Elements, 400 [1]
Formation, 432 [1]
  Capital Contribution, 433 [13]
  Necessary for Writing, 433 [7], [17]
  Objects, 433 [11]
  Sharing Losses, 433 [10]
  Sharing Profits, 433 [12]
Intention of Parties, 400 [2]
Pleading, 433 [16]
Proof of Partnership, 400 [3]
Property, 432 [2]
  Leases, 433 [15]
  Rule in Equity, 433 [14]

PAYMENT
    Application of Payments—By Court, 416 [11]
        By Creditor, 415 [3], [6], [7]
        Rights of Third Persons, 416 [12]
    Burden of Proof, 415 [1]
        Application of Payments, 415 [2], 416 [8], [9]
    Evidence, 415 [4]
        Application of Payments, 416 [10]

PHYSICIANS
    Corporate Practice of Medicine, 407 [2], [3]
    Malpractice—Appeal—Harmless Error, 802 [24]
        Evidence, 800 [1], [3]
        Instructions, 801 [17]

PLEADING
    Amendment—New Cause of Action, 303 [5]
        Time to Amend, 661 [2]
        To Conform to Proof, 710 [1]
    Demurrer—Amendment After Demurrer Sustained, 729 [4], 730 [5]
        Determination, 729 [1]
        Hearing, 729 [3]
    Denial of Written Instrument, 197 [1], 198 [4]
    Judgment on Pleading—Matters to Be Considered, 136 [3]
        Motion as Admission, 136 [2]
        Motion by Plaintiff, 136 [1]

POISONS
    Offenses—Appeal—Harmless Error, 687 [6], [7]
        Expert Evidence, 686 [5]
        Furnishing Heroin to Minor, 686 [1], [2], [4]
        Furnishing Marijuana—Appeal, 322 [1]
        Knowledge of Presence of Heroin, 816 [1]
        Persons Punishable, 816 [2]
        Possession of Narcotics, 144 [1], 173 [1], [2], [3], 794 [1], [2]
            Possession of Heroin, 679 [1], 798 [1], [2]

PROCESS
    Motion to to Quash, 790 [4]
    Notices and Papers—On Whom Served, 59 [1]

PUBLIC OFFICERS
    Liability—Actions—Filing Claim as Condition Precedent, 642 [1]
        Time for Filing Claim, 642 [2]

PUBLIC WORKS
    Contracts—Interpretation—Liability of Parties, 449 [2]
        Terms and Conditions Affecting—"Changes" Clause, 450 [9], [10]
            Changes in Plans, 450 [5]
            "Disputes" Clause, 450 [6], [7], [8], 451 [11]
            Jury Questions, 449 [3], 450 [4]
    Remedies for Materialmen—Contractor's Bond, 416 [13]

RAPE

    Assault with Intent to Commit Rape—Evidence, 750 [1]

RELEASE

    Direction of Verdict, 761 [1]
    Effect—Rights or Claims Released, 666 [6]

RESTITUTION

    Accounting, 616 [2], [4]
        Credits and Charges, 617 [6], [7], [8], [9], [10]
    Judgment Subsequently Reversed, 616 [1], [3], 617 [11], [12]

ROBBERY

    Evidence—Identity of Accused, 511 [3]
        Participation in Offense, 512 [4]

SALES

    Actions—Evidence of Warranty, 870 [1]
    Contract—Modification, 758 [3]
    Performance—Quality of Goods Delivered—Conformity to
        Specifications, 272 [1]
    Seller's Remedies—Action for Price—Evidence, 502 [1]

SCHOOLS

    Parents and Pupils
        Attendance—Exemptions, 863 [12]
            Home Instruction, 862 [10], 863 [13]
            Pleading Exemptions, 861 [1]
            Power of State, 861 [5]
            Private Schools, 862 [11]
            Regulation by State, 862 [6], [7]
            Validity of Statute, 861 [3], [4], 862 [8], [9]
    Tort Liability—Evidence, 555 [6]
        Injuries to Pupils, 554 [1], 555 [5]
        Liability of District, 554 [2], 555 [4], 738 [5]
        Nonsuit, 342 [1]
        Officers and Employees, 555 [3]
        Pleading, 738 [4]
        Questions of Law and Fact, 555 [7]
    Transportation of Pupils, 738 [6], [7]

SPECIFIC PERFORMANCE

    Contract—Certainty, 374 [1], [2]

STATUTES

    Construction—Codes, 637 [2]

**STREET RAILWAYS**

Injuries from Operation—Instructions, 723 [1]

**STREETS**

Improvement Act of 1911—Construction of Statute, 474 [2]

Improvement Contracts—Construction of Contract, 473 [1]

Injuries Caused by Defects—Defects Involving Liability, 825 [5]

Evidence, 825 [1], 826 [7]

Liability of Public Agency—Notice, 826 [8]

Questions of Fact, 825 [4], 826 [6]

**TAXATION**

Priority of Liens, 735 [1]

**TELEGRAPHS AND TELEPHONES**

Telephone Directories—Actions—Parties, 497 [1]

**TENDER**

Objections and Waiver Thereof, 325 [2]

**TORTS**

Disturbing Utterances, 521 [2]

Joint and Several Liability, 761 [2]

Questions of Law and Fact, 761 [3]

**TRIAL**

Admitting Evidence Subject to Motion to Strike, 95 [5]

Argument of Counsel—Opening Statement—Time Allowed, 801 [18]

Time Allowed, 802 [22]

By Court—Decision, 281 [7]

Conduct of Counsel—Objection and Waiver, 692 [7]

Use of Blackboard, 802 [21]

Direction of Verdict—Review, 449 [1]

Findings—Implied Findings, 247 [6]

Reference to Pleadings, 778 [6]

Instructions—Construction as a Whole, 161 [3], 801 [14]

Formula Instructions, 801 [12], [13]

Refusal, 162 [5]

Requisites, 801 [15]

Introduction of Evidence—Cumulative Evidence, 801 [11]

Objections and Motions to Strike, 800 [5]

Directing Motion to Objectionable Matter, 800 [6]

Order of Procedure—Disposition of Issues, 197 [3], 198 [5]

Order of Proof—Evidence in Rebuttal, 801 [10]

Remarks and Conduct of Judge, 229 [1], 711 [3], [5], 801 [19]

Verdict—Amendment, 367 [2]

Construction, 367 [1]

Impeachment, 2 [7]

TRUSTS

   Accounting by Trustee—Attorneys' Fees, 253 [6], [8], [9], [10], [11]
      Expenditures, 253 [12]
   Appeal—Objections, 253 [7]
   Constructive Trusts
      Breach of Oral Agreement of Grantee, 131 [8]
         Relationship Between Parties, 469 [1]
      Effect of Statute of Frauds, 469 [2]
   Existence of Relationship—Appeal—Conclusiveness of Findings,
      665 [1]
   Good Faith of Trustee, 252 [1], [2], [3], [4]
   Removal of Trustee, 252 [5]
   Resulting Trusts—Burden of Proof, 131 [7]
      Evidence, 131 [1]
      Furnishing Consideration for Purchase, 131 [5], [6]
      Questions of Law and Fact, 131 [9]

VENDOR AND PURCHASER

   Actions—Questions of Law and Fact, 327 [17]
   Contract—Certainty, 71 [1]
      Requisites, 72 [4]
   Forfeiture of Purchaser's Interest, 327 [19]
      Relief from Forfeiture, 326 [3], [4], [5], 327 [12]
      Retention of Purchase Money, 326 [7], [11], 327 [20]
      Rights of Vendor, 325 [1]
   Performance of Contract, 327 [13]
   Vendor's Remedies—Damages, 326 [8], [9], [10]

WAIVER

   Pleading, 168 [7]
   Questions of Fact—Appeal, 168 [8]

WAREHOUSES

   Liability of Warehousemen—Liability for Unauthorized Delivery,
      202 [1]

WATERS

   Flood Control Districts, 308 [2], [5], 309 [9], [10], [11]
      Acts Inconsistent with Flood Control Plans, 537 [1]
      Injunctive Relief, 537 [2]

WEAPONS

   Possession of Deadly Weapon by Prisoner—Evidence, 120 [1]
   Possession of Firearms by Felon, 124 [1], [2], [3], 125 [4]

WILLS

   Contest—Instructions—Testamentary Capacity—Delusions, 162 [4]
   Testamentary Capacity—Burden and Degree of Proof, 161 [1]
      Evidence, 161 [2]

WITNESSES

Competency—Infants, 287 [1], [2], [3], [4], 819 [1], [2], [3], [4],
   838 [2] [3], [4], 839 [5], [6], [7], [8], [10]
Credibility—Determination of Credibility—Uncontradicted
   Testimony, 566 [15]
   Disregarding Part of Testimony of Witness, 322 [5]
   Tests and Determining Factors, 1 [3]
Cross-examination, 287 [6], [7], 288 [8]
Impeachment—Conviction of Crime, 18 [8], [9], [10], [11], [14],
   [15], [16]
Questions—Answers—Responsiveness, 800 [4]
Redirect Examination, 3 [10], [11]

WORK AND LABOR

Effect of Express Contract, 116 [4]
Evidence, 116 [3], 777 [2]
Implied Obligation, 116 [2]
Relationship of Parties—Meretricious Relationship, 153 [7]
Time to Sue, 116 [4]

WORKMEN'S COMPENSATION

Actions Against Employers—Burden of Proof, 691 [1]
   Evidence, 691 [2]
Insurance—Actions—Injunctive Relief, 33 [1], 34 [10]
   State Rate Supervision—Hearing, 33 [4]
Persons Liable—Former Employers, 656 [3]
   Liability as Confined to Employer, 656 [2]
   Successive Employers—Apportionment, 656 [1]

ZONING

Enlargement of Nonconforming Use, 442 [1], 443 [4]
Existing Nonconfirming Uses, 443 [2], [3]